# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RENE MALDONADO, | No. CV 08-909-DDP (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| A. HEDGPETH, Warden, | |
| Respondent. | |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: September 15, 2011

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE