# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RENE MALDONADO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>A. HEDGPETH, Warden,<br><br>　　　　Respondent. | No. CV 08-909-DDP (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED:　September 15, 2011　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE